disbursement, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Leech & Rapport, Inc., Respondent, v. Hank Cohen and Another, Appellants.— Order modified so as to permit defendants to advertise or carry placards to the effect that a labor dispute exists, and as so modified affirmed, without costs; the amount of the bond to be fixed upon settlement of the order. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

Nelson S. Spencer, Respondent, v. Abraham Kaplan and Others, Defendants, Impleaded with Timothy A. Leary, as President Justice of the Municipal Court of the City of New York, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Respondent, v. Timothy A. Leary, as President Justice of the Municipal Court of the City of New York, Appellant, Impleaded with Others.— Order so far as appealed from affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Nelson S. Spencer, Respondent, v. Abraham Kaplan, President, etc., and Others, Defendants, Impleaded with Edward J. McLaughlin and Others, Appellants.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

910 West End Avenue Corporation, Judgment Creditor, Respondent, v. Celia Schafer, Judgment Debtor, Appellant.— Order modified by striking out the allowance of thirty-five dollars costs and disbursements to the judgment creditor in supplementary proceedings, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Denis O'Neill, Appellant, against Joseph A. Broderick, as Superintendent of Banks, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

Stanley Y. Beach, Respondent, v. Jennie Beach Gasper and Others, Defendants, Impleaded with James Albert Wales, as Cotrustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes to modify by striking out the final provision of the order.

Donald S. Sexton, Respondent, v. Trust Company of North America, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

Donald S. Sexton, Respondent, v. Trust Company of North America, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the inspection to commence to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Plaintiff, v. Michael Lougaroff, Defendant. Bennie Friedberg, Surety, Appellant; Charles W. Berry, Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars